IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRYAN JOSEPH HARVEY, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:07-CV-1481-P |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

## **ORDER**

Now before the Court is an Application to Proceed *in forma pauperis* filed by Petitioner, Bryan Joseph Harvey August 29, 2007. On August 30, 2007, Magistrate Judge Kaplan filed Findings and Recommendations in this matter, recommending this Court deny Petitioner's Application. Petitioner has not filed objections to the magistrate's report. The Court finds Magistrate Judge Kaplan's research and findings well taken and hereby DENIES Petitioner's Application to Proceed *in forma pauperis*, and orders Petitioner to pay the statutory filing fee within 20 days of this Order. If Petitioner fails to pay the filing fee, the case is dismissed without further notice.

**IT IS SO ORDERED.**

Signed this 10th day of October, 2007.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE